### FRAZIER *et al.* v. NICHOLS *et al.*

No. 4615.   Opinion Filed July 13, 1915.

(150 Pac. 711.)

EJECTMENT—Petition—Sufficiency. Where, in an action for the possession of land, filed prior to May, 1913, when the Revised Laws of 1910 became operative, the petition contains all the allegations required by section 6122, Snyder's Comp. L. 1909, it is good against a general demurrer.

(Syllabus by Devereux, C.)

*Error from District Court, McClain County;*
*R. McMillan, Judge.*

Action by Sam Frazier and others against W. H. Nichols and others. Judgment for defendants, and plaintiffs bring error. Reversed, with directions.

See, also, *ante,* p. 33, 149 Pac. 1181.

*E. O. Clark, Robt. E. Lee,* and *W. L. Crittendon,* for plaintiffs in error.

Opinion by DEVEREUX, C.   The petition alleges that the plaintiffs are the owners of the legal and equitable estate in the land (describing it), and that they are

entitled to the immediate possession thereof, and the defendants are in the unlawful possession of said land, and that by reason of such unlawful possession the plaintiffs have been damaged. This petition was filed October 28, 1911. To this petition the defendants filed a general demurrer, which was sustained. This petition was filed prior to the adoption of the Revised Laws of 1910, and therefore section 4928 of those laws, which requires the plaintiff in actions of this character to set forth in detail the facts relied upon to establish his claim, and to attach to his petition copies of all deeds, etc., does not apply.

We recommend that the judgment be reversed, and the cause remanded, with instructions to overrule the demurrer, and to allow the defendants to plead, if they should so desire.

By the Court: It is so ordered.